# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3174

_____

Harold B. Mason,                          *
                                          *
              Appellant,                  *
                                          *
       v.                                 *
                                          *   Appeal from the United States
Norwest Bank N.A.; J. Veenis; R.          *   District Court for the Eastern
Oliver; State of Missouri; T. Frawley,    *   District of Missouri.
Judge; J. Nixon, Attorney General;        *
B. Holden, Governor; M. Carnahan,         *        [UNPUBLISHED]
28 U.S.C.A. 2404 applicable               *
Governor,                                 *
                                          *
              Appellees.                  *

_____

Submitted:  December 20, 2002

Filed:  December 26, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

    Harold B. Mason appeals the district court's[*] order dismissing Mason's complaint without prejudice for failure to prosecute. Having carefully reviewed the

_____

[*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

record, we find no abuse of discretion.  See <u>Roberts v. Mo. Div. of Employment</u>, 636 F.2d 249, 250 (8th Cir. 1980) (per curiam).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.